

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GEORGIA PESTANA**
*Corporation Counsel*

**OMAR J. SIDDIQI**
Senior Counsel
E-mail: osiddiqi@law.nyc.gov
Phone: (212) 356-2345
Fax: (212) 788-9776

October 26, 2021

**BY ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*This request is granted. The parties shall complete mediation by December 5, 2021. The conference scheduled for November 17, 2021 is adjourned to December 16, 2021 at 11:00 a.m. At the scheduled time, all parties should call 866-434-5269, access code: 9176261. The Clerk of Court is respectfully directed to mail a copy of this order to the pro se plaintiff.*

SO ORDERED.
Date: November 1, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Re:   Christopher Bates v. City of New York et al., 21 Civ. 4468 (JPC)

Your Honor:

I am a Senior Counsel in the office of Georgia Pestana, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. The parties write jointly to respectfully request: (1) that the Court extend the parties' time to complete mediation until December 5, 2021; and (2) that the Court adjourn the conference currently scheduled for November 17, 2021, until after the mediation process is completed.

The reason for the instant request is that the parties require additional time to confer with their respective clients about authority for the mediation in this matter. The parties have consulted with the mediator assigned to this matter, who is prepared to reschedule the mediation to December 1, 2021, should the Court grant the instant application. The parties respectfully submit that they believe that mediation will be a useful exercise in this matter, and that the additional time will lead to a more fruitful mediation.

The parties request that the November 17th conference be moved until after the mediation. Should the mediation be successful, there would not be a reason to schedule discovery. Should the mediation be unsuccessful, the parties submit that a conference would be more appropriate at that time.

Based on the foregoing, the parties respectfully request (1) that the Court extend the parties' time to complete mediation until December 5, 2021; and (2) that the Court adjourn the conference currently scheduled for November 17, 2021, until after the mediation process is completed.

                                      Respectfully submitted,
                                              /s

                                      Omar J. Siddiqi
                                      Senior Counsel

cc: Cyrus Joubin, Esq. (By ECF)