UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CHRISTOPHER BATES, :
:
                  Plaintiff, :
: 21 Civ. 4468 (JPC)
       -v- :
: ORDER
CITY OF NEW YORK *et al*, :
:
                  Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court directed the parties to file a joint letter and case management plan one week prior to the Initial Pretrial Conference. Dkt. 13. The conference is scheduled for January 26, 2022, Dkt. 19, but the Court has not received the letter. The parties shall file the required documents, or in the alternative, a request to adjourn the conference, by January 25, 2021.

      SO ORDERED.

Dated: January 21, 2022
       New York, New York
                                                           JOHN P. CRONAN
                                                           United States District Judge