

**THE CITY OF NEW YORK**

**GEORGIA PESTANA**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**OMAR J. SIDDIQI**
*Senior Counsel*
Phone: (212) 356-2345
Fax: (212) 356-3508
osiddiqi@law.nyc.gov

January 22, 2022

**VIA ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Christopher Bates v. City of New York, et al.</u>,
                  21 Civ. 4468 (JPC)

      I am a Senior Counsel in the office of Georgia Pestana, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced matter. The parties write jointly in furtherance of the Court's Order dated January 21, 2022, and to respectfully request that the conference currently scheduled for January 26, 2022 be adjourned to a later date.

      As an initial matter, the parties apologize to the Court for their delay in filing this submission. The parties engaged in a mediation in this case on January 11, 2022. The parties, although unable to settle at that mediation, agreed with the mediator that their discussion had been fruitful and agreed to keep the mediation open. The parties' next step was to contact the mediator by January 25, 2022 to determine whether a second session would be productive. Because this case is in the 1983 Plan, and because the mediation is still open, the parties respectfully request that the Court afford the parties additional time to complete mediation in this case. The parties also respectfully request that the Court adjourn an initial conference in this matter until after the mediation process has reached a conclusion. Should the parties settle this matter, then they would inform the Court so that there would be no need for a conference; should the parties not reach a resolution, they will inform the Court promptly so that a mediation may be scheduled. Again, the parties apologize to the Court for not timely filing this letter.

      For the reasons set forth above, the parties respectfully request that the Court allow the parties to finish the 1983 Plan mediation process, and adjourn any conference until after that process is complete.

      The parties thank the Court for its time and consideration of this matter.

Respectfully Submitted,

/s/ *Omar J. Siddiqi*
Omar J. Siddiqi
*Senior Counsel*

cc: Cyrus Joubin, Esq. (By ECF)

The request is granted and the conference scheduled for January 26, 2022 is adjourned sine die. The Court understands that the next mediation conference is scheduled for February 10, 2022.  The parties shall file a letter updating the status of their settlement discussions no later than February 15, 2022.

SO ORDERED.
Date: January 25, 2022
New York, New York

JOHN P. CRONAN
United States District Judge

-2-