```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CHRISTOPHER BATES,                                                     :
                                                                       :
                          Plaintiff,                                   :
                                                                       :       21 Civ. 4468 (JPC)
            -v-                                                        :
                                                                       :       ORDER
CITY OF NEW YORK et al.,                                               :
                                                                       :
                          Defendants.                                  :
                                                                       :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 1, 2022, the Court entered judgment "for Plaintiff's federal claims as to the City of New York." Dkt. 31. From the submission at Docket Number 29, it appears that the parties intended the judgment to close the case as to all claims and all Defendants, not only federal claims against the City. The parties shall file a joint status letter addressing the issue, and whether the case may be closed, by April 6, 2022.

SO ORDERED.

Dated: April 4, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge